UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VENTRESE GRIFFIN-CURRY,           )<br>                                                         )<br>       Plaintiff,                              )<br>                                                         )<br>       vs.                                       )<br>                                                         )<br>CAROLYN COLVIN,                     )<br>ACTING COMMISSIONER OF SOCIAL )<br>SECURITY,                                   )<br>       Defendant.                           ) | Case No. 4:12CV1401 JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Davis D. Noce, filed April 9, 2013 (ECF No. 21).  Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Noce.  Magistrate Judge Noce recommends that the Court reverse and remand this matter to the Commissioner for further proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g).  Neither party has filed objections or otherwise responded to the Report and Recommendation.

After review of the entire record in this matter, the Court agrees with the Magistrate Judge's findings, and will adopt the Report and Recommendation.  Accordingly, the Court will reverse and remand this matter to the Commissioner for further administrative proceedings.  Specifically, the Administrative Law Judge shall award benefits based upon a period of disability beginning February 28, 2008.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [21] is adopted and incorporated herein.

1

**IT IS FURTHER ORDERED** that, pursuant to sentence four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 6th day of May, 2013.

                                                        _/s/ John A. Ross_
                                                  JOHN A. ROSS
                                                  UNITED STATES DISTRICT JUDGE